IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-20-CV-1260-LY |
| | § | |
| MEGAN LAVOIE, IN HER OFFICIAL | § | |
| CAPACITY AS ADMINISTRATIVE | § | |
| DIRECTOR OF THE TEXAS OFFICE | § | |
| OF COURT ADMINISTRATION, | § | |
| DEFENDANT. | § | |

## ORDER

Before the court in the above styled and numbered cause is, *inter alia*, Defendant Director LaVoie's Motion to Dismiss Plaintiff's Amended Complaint filed June 24, 2022 (Doc. #43). Having reviewed the case file and in light of Plaintiff's Amended Complaint filed July 5, 2022 (Doc. #48) and Defendant Director LaVoie's Motion to Dismiss Plaintiff's Second Amended Complaint filed July 8, 2022 (Doc. #55), the court will dismiss without prejudice Defendant's motion to dismiss filed June 24, 2022.

**IT IS ORDERED** that Defendant Director LaVoie's Motion to Dismiss Plaintiff's Amended Complaint filed June 24, 2022 (Doc. #43) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 19th day of July, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE