IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 26 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-20-CV-01260-LY |
| § | |
| MEGAN LAVOIE, IN HER OFFICIAL § | |
| CAPACITY AS ADMINISTRATIVE § | |
| DIRECTOR OF THE TEXAS OFFICE § | |
| OF COURT ADMINISTRATION, § | |
| DEFENDANT. § | |
| § | |

## ORDER

Before the court is the above styled and numbered action. On July 25, 2022, the court called this cause for a hearing on all pending motions and bench trial. All parties were represented by counsel. Having considered the pending motions, the case file, the arguments of counsel, and the applicable law, the court renders the following:

**IT IS ORDERED** that Plaintiff Courthouse News Services's Amended Motion for Preliminary Injunction filed March 23, 2022 (Doc. #21), Plaintiff Courthouse News Motion for Expedited Discovery, Entry of Briefing Schedule, and Setting Hearing on Plaintiff's Motion for Preliminary Injunction filed April 14, 2022 (Doc. #28), Defendant Travis County District Clerk Velva Price's Second Unopposed, in part, Motion for Extension of Time to File Answer to Plantiff's Amended Complaint For Preliminary and Injunctive relief (ECF No. 17) and Unopposed, in part, Motion to File Response to Plaintiff Courthouse News Service's Amended Motion for Preliminary Injunction (ECF No.21) filed April 20, 2022 (Doc. #30), and Defendant's Opposed Motion to Strike Plaintiff's First Amended Exhibit List and Exhibits filed July 22, 2022 (Doc. #83) are **DISMISSED**.

**IT IS FURTHER ORDERED** that with the exception of discovery disputes, the parties shall file no new filings, unless granted leave of court.

**IT IS FURTHER ORDERED** that the hearing on all pending motions and bench trial is recessed until 9:30 a.m., on October 20, 2022, in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this _____ day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE